**OFFICE & PROFESSIONAL EM-PLOYEES INTERNATIONAL UN-ION AFL–CIO; Local 108, Office & Professional Employees International Union, Plaintiffs–Appellants**

v.

**PHI, INCORPORATED, Defendant–Appellee.**

**No. 12–31165**

United States Court of Appeals, Fifth Circuit.

Aug. 8, 2013.

Timothy Joseph Gallagher, Esq., Melvin Saul Schwarzwald, Schwarzwald Mcnair &

Fusco L.L.P., Cleveland, OH, Julie M. Richard–Spencer, Esq., Robein, Urann, Spencer, Picard & Cangemi, A.P.L.C., Metairie, LA, for Plaintiffs–Appellants.

Hal J. Broussard, Broussard & Kay, Lafayette, La, Edward Scott Smith, Esq., Attorney, Fisher & Phillips, L.L.P., Atlanta, GA, for Defendant–Appellee.

Before JONES, SMITH and GARZA, Circuit Judges.

PER CURIAM: *

The court has considered the briefs, oral arguments, and pertinent portions of the record. Having done so, we find no reversible error of fact or law and AFFIRM the district court's dismissal without prejudice for substantially the reasons it articulated.

**AFFIRMED**

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.